**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KHALIL SHABAZZ,

    Plaintiff,

                                                   Case No. 00-CV-73005-DT

v.

                                                   HONORABLE DENISE PAGE HOOD

BILL MARTIN, et al.,

    Defendants.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

       This matter is before the Court on the Magistrate Judge's Report and Recommendation filed April 22, 2005, recommending the denial of Plaintiff's Motion to Amend Complaint. No objections were filed to the Report and Recommendation.

       The decision and order of a non-dispositive motion by the Magistrate Judge will be upheld unless it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed.R.Civ.P. 72(a). Any appeal of or objections to a magistrate judge's order must be made within ten days of the entry of the order, must specify the part of the order the party objects to, and state the basis for the objection. E.D. Mich. LR 72.1; 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(a). Objections that are only general and are not specific waive the right to appeal. See *Howard v. Secretary of HHS,* 923 F.2d 505, 508-09 (6th Cir. 1991). In a non-dispositive order entered by a magistrate judge, a district judge shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law. Fed.R.Civ.P. 72(a). "A finding is 'clearly erroneous' when although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *United States v.*

*United States Gypsum Co.,* 333 U.S. 364, 398 (1948); *Hagaman v. Commissioner of Internal Revenue,* 958 F.2d 684, 690 (6th Cir. 1992).  Rule 72(a) provides considerable deference to the determinations of the magistrate judges. *In re Search Warrants,* 889 F.Supp. 296, 298 (S.D. Ohio 1995).  The Magistrate Judge's decision on a dispositive motion will be reviewed *de novo*.  28 U.S.C. § 636(b)(1)(C); *Vogel v. U.S. Office Products Co.,* 258 F.3d 509, 515 (6th Cir. 2001).

The Court has had an opportunity to review the Report and Recommendation and finds that the Magistrate Judge reached the correct conclusion for the proper reasons and did not clearly err in her findings.  The Court agrees with the Magistrate Judge that Plaintiff is not entitled to amend his Complaint.

Accordingly,

IT IS ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation filed April 22, 2005 is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend Complaint **(Docket No. 206, filed March 24, 2005)** is DENIED.

                                                /s/ DENISE PAGE HOOD  
                                                DENISE PAGE HOOD  
                                                United States District Judge

DATED:   September 12, 2005